Rosalyn Langer et al., Appellants, v. Metropolitan Life Insurance Company, Respondent.

Argued January 14, 1943; decided March 4, 1943.

*Lawrence Kovalsky, David Goldstein* and *Irving M. Berry* for appellants.

*Eugene T. O'Neill* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the question as to the nature of the indisposition suffered by the insured in 1937 was one of fact for the jury. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.